THE PEOPLE, ex rel. THE ALBANY AND GREENBUSH BRIDGE COMPANY, Respondent, *v.* WILLIAM J. WEAVER et al., Assessors, etc., Appellants.

(Argued June 2, 1885; decided June 16, 1885.)

*S. W. Rosendale* for appellants.

*E. Countryman* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.